JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SOUTHWESTERN MFG, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADVANCE STORES COMPANY, INCORPORATED dba ADVANCE AUTO PARTS and WILMAR, LLC,<br><br>　　　　Defendants. | CASE NO.: CV 22-8541-MWF(PDx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

The Court, having considered the parties' Stipulation of Dismissal (Docket No. 133), and having found good cause, hereby **ORDERS** that this matter is **DISMISSED**, with prejudice, with each party to bear its own costs, attorneys' fees, and expenses.

　　IT IS SO ORDERED.

Dated: November 1, 2024

_____
MICHAEL W. FITZGERALD
United Sates District Judge

1